UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-24526 (ALTMAN/BECERRA)

OSCAR HERRERA,

    Plaintiff,

v.

MIAMI FANWEAR, LLC, d/b/a CANESWEAR, a Florida limited liability company,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES

Plaintiff OSCAR HERRERA and Defendant MIAMI FANWEAR, LLC, d/b/a CANESWEAR, a Florida limited liability company, by and through their respective counsel of record, hereby notify this Court that the Parties have reached a settlement in principle subject to the execution of a formal settlement agreement. The Parties respectfully request that the Court stay the pending deadlines for a period of thirty (30) days so that the Parties can finalize the applicable settlement documents and submit documents dismissing this case.

[SPACE LEFT INTENTIONALLY BLANK]

Dated: January 5, 2024                                    Respectfully submitted,

| **RODERICK V. HANNAH, ESQ., P.A.** | **ZEBERSKY PAYNE SHAW LEWENZ, LLP** |
|---|---|
| */s/ Roderick V. Hannah* <br> RODERICK V. HANNAH <br> Fla. Bar No. 435384 <br> 8751 W. Broward Blvd., Suite 303 <br> Plantation, FL 33324 <br> T. 954/362-3800 <br> 954/362-3779 (Facsimile) <br> Email: rhannah@rhannahlaw.com <br><br> *Counsel for Plaintiff* | */s/ Kimberly A. Slaven-Hauth* <br> Jordan A. Shaw, Esq. <br> Florida Bar No.: 111771 <br> Kimberly A. Slaven-Hauth, Esq. <br> Florida Bar. No.: 117964 <br> 110 SE 6th Street, Suite 2900 <br> Fort Lauderdale, FL 33301 <br> Telephone: (954) 989-6333 <br> Facsimile: (954) 989-7781 <br> Primary: jshaw@zpllp.com; kslaven@zpllp.com; <br> Secondary: cpagan@zpllp.com avazquez@zpllp.com; lgrealy@zpllp.com <br><br> *Attorneys for Defendant* |

**LAW OFFICE OF PELAYO DURAN, P.A.**

*/s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which generated notices of electronic filing on all counsel of record.

By:  */s/ Kimberly A. Slaven-Hauth*

[2525335/1]