UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-24526 (ALTMAN/BECERRA)

OSCAR HERRERA,

    Plaintiff,

v.

MIAMI FANWEAR, LLC, d/b/a CANESWEAR, a Florida limited liability company,

    Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff, OSCAR HERRERA ("Plaintiff"), and Defendant, MIAMI FANWEAR, LLC, d/b/a CANESWEAR ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action in its entirety *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation.

Dated:  February 22, 2024

[SPACE LEFT INTENTIONALLY BLANK]

Respectfully submitted,

| **RODERICK V. HANNAH, ESQ., P.A.** | **ZEBERSKY PAYNE SHAW LEWENZ, LLP** |
|---|---|
| */s/ Roderick V. Hannah* <br> RODERICK V. HANNAH <br> Fla. Bar No. 435384 <br> 8751 W. Broward Blvd., Suite 303 <br> Plantation, FL 33324 <br> T. 954/362-3800 <br> 954/362-3779 (Facsimile) <br> Email: rhannah@rhannahlaw.com <br><br> *Counsel for Plaintiff* | */s/ Kimberly A. Slaven-Hauth* <br> Jordan A. Shaw, Esq. <br> Florida Bar No.: 111771 <br> Kimberly A. Slaven-Hauth, Esq. <br> Florida Bar. No.: 117964 <br> 110 SE 6th Street, Suite 2900 <br> Fort Lauderdale, FL 33301 <br> Telephone: (954) 989-6333 <br> Facsimile: (954) 989-7781 <br> Primary: jshaw@zpllp.com; kslaven@zpllp.com; <br> Secondary: cpagan@zpllp.com avazquez@zpllp.com; lgrealy@zpllp.com <br><br> *Attorneys for Defendant* |

**LAW OFFICE OF PELAYO DURAN, P.A.**

*/s/ Pelayo M. Duran*
PELAYO M. DURAN
Fla. Bar No. 0146595
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email:duranandassociates@gmail.com

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which generated notices of electronic filing on all counsel of record.

By:   */s/ Kimberly A. Slaven-Hauth*

[2534563/1]