UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24526-ALTMAN/Becerra

**OSCAR HERRERA**,

    *Plaintiff*,

v.

**MIAMI FANWEAR, LLC**,

    *Defendant*.

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Joint Stipulation for Dismissal with Prejudice [ECF No. 15] pursuant to FED. R. CIV. P 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on February 26, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record